UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Heidi L. Stertz,

        Plaintiff,

                         ORDER ADOPTING
vs.                    REPORT AND RECOMMENDATION

Jo Anne B. Barnhart, Commissioner
of Social Security,

        Defendant.               Civ. No. 05-2960(MJD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    That the Plaintiff's Motion [Docket No. 14] for Summary Judgment is denied.

    2.    That the Defendant's Motion [Docket No. 18] for Summary Judgment is granted.


DATED: February 27, 2007                    s / Michael J. Davis
                                                        Michael J. Davis, Judge
                                                        United States District Court